| | |
|---|---|
| 1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012) |
| | JOHN GLUGOSKI (Cal. State Bar No. 191551) |
| 2 | MICHAEL RIGHETTI (Cal. State Bar No. 258541) |
| | RIGHETTI·GLUGOSKI, P.C. |
| 3 | 456 Montgomery Street, Suite 1400 |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 983-0900 |
| | Facsimile: (415) 397-9005 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Mike Campbell |
| 7 | JEFFREY D. WOHL (Cal. State Bar No. 096838) |
| | JUSTIN M. SCOTT (Cal. State Bar No. 302502) |
| 8 | W. TUCKER PAGE (Cal. State Bar No. 306728) |
| | PAUL HASTINGS LLP |
| 9 | 101 California Street, 48th Floor |
| | San Francisco, California 94111 |
| 10 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 11 | jeffwohl@paulhastings.com |
| | justinscott@paulhastings.com |
| 12 | tuckerpage@paulhastings.com |
| 13 | Attorneys for Defendant |
| | Rite Aid Corporation |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE CAMPBELL, | No. 2:15-cv-02396-JAM-EFB |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| RITE AID CORPORATION, and DOES 1 through 50 inclusive, | Judge: Hon. John A. Mendez |
| | Complaint Filed: May 20, 2015 |
| Defendants. | |

Plaintiff Mike Campbell and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that this action may be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees.

Dated: November 30, 2017.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By: */s/ Michael Righetti*
   Michael Righetti
   Attorneys for Plaintiff
   Mike Campbell

Dated: November 30, 2017.

JEFFREY D. WOHL
JUSTIN M. SCOTT
W. TUCKER PAGE
PAUL HASTINGS LLP

By: /s/ *Justin M. Scott*
   Justin M. Scott
   Attorneys for Defendant
   Rite Aid Corporation

| 1  | MATTHEW RIGHETTI (Cal. State Bar No. 121012) |
|    | JOHN GLUGOSKI (Cal. State Bar No. 191551) |
| 2  | MICHAEL RIGHETTI (Cal. State Bar No. 258541) |
|    | RIGHETTI·GLUGOSKI, P.C. |
| 3  | 456 Montgomery Street, Suite 1400 |
|    | San Francisco, California 94104 |
| 4  | Telephone: (415) 983-0900 |
|    | Facsimile: (415) 397-9005 |
| 5  | |
|    | Attorneys for Plaintiff |
| 6  | Mike Campbell |
| 7  | JEFFREY D. WOHL (Cal. State Bar No. 096838) |
|    | JUSTIN M. SCOTT (Cal. State Bar No. 302502) |
| 8  | W. TUCKER PAGE (Cal. State Bar No. 306728) |
|    | PAUL HASTINGS LLP |
| 9  | 101 California Street, 48th Floor |
|    | San Francisco, California 94111 |
| 10 | Telephone: (415) 856-7000 |
|    | Facsimile: (415) 856-7100 |
| 11 | jeffwohl@paulhastings.com |
|    | justinscott@paulhastings.com |
| 12 | tuckerpage@paulhastings.com |
| 13 | Attorneys for Defendant |
|    | Rite Aid Corporation |
| 14 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MIKE CAMPBELL, | No. 2:15-cv-02396-JAM-EFB |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| RITE AID CORPORATION, and DOES 1 through 50 inclusive, | Judge: Hon. John A. Mendez |
|  | Complaint Filed: May 20, 2015 |
| Defendants. | |

1 | Pursuant to the stipulation of the parties, and good cause appearing therefor,

2 | IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: December 1, 2017

**/s/ JOHN A. MENDEZ**
Hon. John A. Mendez
United States District Judge